UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRYAN FRANCIS,

                                 **Plaintiff,**

vs.                                                   9:15-CV-901
                                                            (MAD/ATB)

**KIMBERLY FIACCO,** *also known as Kimberly Davidson*; **RICHARD DESIMONE; DIANE HOLFORD; and KRISTINA LENNON,**

                                 **Defendants.**
_____

**APPEARANCES:**                                     **OF COUNSEL:**

**TABNER, RYAN & KENIRY, LLP**          **WILLIAM RYAN, JR., ESQ.**
18 Corporate Woods Boulevard            **BRIAN M. QUINN, ESQ.**
Albany, New York 12211-2605
Attorneys for Plaintiff

**OFFICE OF THE NEW YORK**             **LOUIS JIM, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendants

**Mae A. D'Agostino, U.S. District Judge:**

## ORDER

      Plaintiff commenced this action on January 13, 2014, alleging violations of the Fourth, Eighth, and Fourteen Amendment, arising from the lodging of a New York State detainer in May of 2007 while Plaintiff was being held in federal custody and the eventual refusal to lift the detainer in July 2010. *See* Dkt. No. 1. In a Memorandum-Decision and Order dated March 16, 2018, the Court granted in part and denied in part Defendants' motion for summary judgment. *See*

Dkt. No. 67. Specifically, the Court held that the Defendants' conduct violated the Eighth and Fourteenth Amendments and rejected their qualified immunity defense. *See id.*

On April 10, 2018, Defendants filed an interlocutory appeal, challenging this Court's denial of their motion for summary judgment on qualified immunity. *See* Dkt. No. 68. On November 12, 2019, the Second Circuit reversed this Court's March 16, 2018 Memorandum-Decision and Order and remanded the case with instructions to grant Defendants' motion for summary judgment. *See* Dkt. No. 74.

Accordingly, pursuant to the mandate of the Second Circuit dated December 3, 2019, the Court hereby

**ORDERS** that Defendants' motion for summary judgment (Dkt. No. 62) is **GRANTED in its entirety**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: December 12, 2019
       Albany, New York

Mae A. D'Agostino
U.S. District Judge